IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 04-36E-8 |
| ) | |
| Michael Foley ) | |

The above named defendant satisfied the judgment of June 29, 2005 by paying on August 3, 2005 the full balance due on his/her court ordered:

      __X__ Assessment
      _____ Fine
      _____ Costs
      _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  8-22-05
Deputy Clerk                             Date