IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAURICE FRANCIS FOLEY, )<br>JOHN KIRKPATRICK, et al, )<br>)<br>Defendants. ) | Criminal No. 04-36 Erie |

**FINAL ORDER OF FORFEITURE**

AND NOW, this _____ day of _____, 2007, it is hereby ORDERED, ADJUDGED and DECREED that the following property is hereby forfeited to the United States pursuant to 21 U.S.C. § 853(a)(1) for disposition in accordance with federal law, free and clear of all right, title and interest of any person or entity, including without limitation Maurice Foley and John Kirkpatrick, except subject to valid liens:

(a) $215,031.35 in United States Currency

(b) Real property located at 19845 Hill Road, Saegertown, Crawford County, Pennsylvania, Assessor's Parcel # 28-05-008-70003, including all improvements, fixtures and appurtenances thereto or therein;

(c) A 2003 Chevrolet Silverado, VIN 1GCJK331X3F134794;
A Dodge Ram Truck, VIN 1B7KF23W91J175474;
A 1991 BMW, VIN WBAAA1311MEC69886; and

(d) Coin collection

_____
J.